STATE OF NORTH CAROLINA        IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF EDGECOMBE        NO. 19 CVS 1042

ESTATE OF DOROTHY LYONS, by and )
through its Administrator, MISHEER )
DAVAIL LYONS; and ESTATE OF )
EUGENE LYONS, by and through its )
Administrator, CEDRIC JAMALL LYONS, )
)
    Plaintiffs, )
)
v. )    ORDER
)
CSX TRANSPORTATION, INC., CSX )
CORPORATION, TOWN OF WITAKERS, )
NORTH CAROLINA, NASH COUNTY, )
NORTH CAROLINA, and EDGECOMBE )
COUNTY, NORTH CAROLINA, )
)
    Defendants. )
)

In the above-entitled action, Defendant Nash County, having for good cause shown, made application for additional time within which to respond to Plaintiff's Complaint or otherwise plead;

IT IS NOW ORDERED that Defendant Nash County, be granted additional time within which to respond, up to and including the 17th day of February, 2020.

This 14th day of January, 2020.

                     Sharon J. Jacobs
                     Asst. CLERK OF SUPERIOR COURT

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION |
| COUNTY OF EDGECOMBE | NO. 19 CVS 1042 |

ESTATE OF DOROTHY LYONS, by and )
through its Administrator, MISHEER )
DAVAIL LYONS; and ESTATE OF )
EUGENE LYONS, by and through its )
Administrator, CEDRIC JAMALL LYONS, )
)
      Plaintiffs, )
)
v. )
)
CSX TRANSPORTATION, INC., CSX )
CORPORATION, TOWN OF WITAKERS, )
NORTH CAROLINA, NASH COUNTY, )
NORTH CAROLINA, and EDGECOMBE )
COUNTY, NORTH CAROLINA, )
)
      Defendants. )
)

**DEFENDANT NASH COUNTY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

COMES NOW Defendant Nash County, by and through undersigned counsel, and moves the Court for an extension of time to respond to the Complaint up to and including February 14, 2020. In support of this Motion, this Defendant represents that it was served with the Summons and Complaint on or about December 16, 2019, and that the time for responding has not yet expired. This Defendant represents that additional time is needed for the development of its response. Therefore, Defendant Nash County respectfully moves the Court for an extension of time within which to respond to the Complaint up to and including February 14, 2020.

[SIGNATURE PAGE FOLLOWS]

This the 14th day of January, 2020.

TEAGUE CAMPBELL DENNIS & GORHAM, LLP

By: _____
J. Matthew Little
N.C. State Bar No. 20032
Daniel T. Strong
N.C. State Bar No. 49546
4700 Falls of Neuse Road, Suite 450
Raleigh, North Carolina 27601
E-mail: mlittle@teaguecampbell.com
   dstrong@teaguecampbell.com
Phone: 919-873-0166
Fax: 919-873-1814
*Attorneys for Defendants Nash County and Edgecombe County*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing **Motion for Extension of Time** in the above-entitled action upon all other parties to this cause by depositing a copy hereof, postage paid, in the United States mail, addressed to said parties as follows:

Robert H. Jessup
B. Joan Davis
HOWARD, STALLINGS, FROM, ATKINS, ANGELL, & DAVIS, P.A.
Post Office Box 12347
Raleigh, North Carolina 27605
*Attorneys for Plaintiff*

John C. Millberg
MILLBERG GORDON STEWARD PLLC
1101 Haynes Street, Suite 104
Raleigh, North Carolina 27604
*Attorney for Defendants CSX Corporation and CSX Transportation, Inc.*

James Thornton
CRANFILL SUMNER & HARTZOG LLP
5420 Wade Park Boulevard, #300
Raleigh, North Carolina 27607
*Attorney for Defendant Town of Whitakers*

This the 14th day of January, 2020.

TEAGUE CAMPBELL DENNIS & GORHAM, LLP

By: _____
Daniel T. Strong