| | |
|---|---|
| NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| EDGECOMBE COUNTY | 19 CVS 1042 |

ESTATE OF DOROTHY LYONS, by
and through its Administrator,
Misheer Davail Lyons; and ESTATE
OF EUGENE LYONS, and through its
Administrator Cedric Jamaal Lyons,
                      Plaintiff,

v.

CSX TRANSPORTATION, INC.; CSX
CORPORATION; TOWN OF
WHITAKERS, NORTH CAROLINA;
NASH COUNTY, NORTH CAROLINA;
AND EDGECOMBE COUNTY,
NORTH CAROLINA,
                      Defendants.

**DEFENDANT TOWN OF WHITAKERS' MOTION TO DISMISS AS TO ALL CLAIMS**

Defendant Town of Whitakers, North Carolina, by and through undersigned counsel, hereby moves the Court pursuant to N.C. R. Civ. P. 12(b)(1),(2) and(6), and requests that this Court dismiss all the claims alleged in Plaintiff's Complaint with prejudice as to the Town of Whitakers, North Carolina, based upon the following grounds:

(1) Plaintiff has failed to state a claim upon which relief may be granted on the basis that Plaintiffs' Complaint fails to allege facts evidencing that Defendant Town of Whitakers owed a duty of care to inspect, repair, maintain, design, report problems or otherwise ensure the safety of the railroad crossing. As a result, Plaintiffs claims should be dismissed pursuant to Rule 12(b)(6) of the North Carolina

Rules of Civil Procedure.

(2) Plaintiff has failed to state a claim upon which relief may be granted for gross negligence on the basis that the Plaintiffs' Complaint fails to allege facts evidencing that Defendant Town of Whitakers was grossly negligent with respect to the railroad crossing. As a result, Plaintiffs claims should be dismissed pursuant to Rule 12(b)(6) of the North Carolina Rules of Civil Procedure.

(3) Plaintiff's Complaint should be dismissed for lack of subject matter jurisdiction, lack of personal jurisdiction and failure to state a claim upon which relief may be granted on the basis of governmental immunity. Attached as an exhibit is an Affidavit with a true and accurate copy of the Town of Whitaker's insurance policy evidencing that immunity was not waived through the purchase of insurance. As a result, Plaintiffs claims should be dismissed pursuant to Rules 12(b)(1),(2) and (6) of the North Carolina Rules of Civil Procedure.

This the 14th day of February, 2020.

BY: *James C. Thornton*
JAMES C. THORNTON
N.C. State Bar No. 16859
E-mail: jthornton@cshlaw.com
CRANFILL SUMNER & HARTZOG LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone (919) 828-5100
Facsimile: (919) 828-2277

BY: *[signature: Brian Pridgen/JCP]*
J. BRIAN PRIDGEN
CAULEY PRIDGEN
N.C. State Bar No. 31739
2500 Nash Street N, Ste C
Wilson, NC 27896-1394
Telephone: 252·291·3848
Facsimile: 252-291-9555

*Attorneys for Defendant Town of Whitakers*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, I served the foregoing *Defendant Town of Whitaker's Motion to Dismiss* on all of the parties to this cause by depositing a copy, postage prepaid, in the United States Mail, addressed to the attorney for each party as follows:

> Robert H. Jessup
> B. Joan Davis
> Howard, Stallings, From, Atkins, Angell & Davis, P.A.
> P.O. Box 12347
> Raleigh, North Carolina 27605
> *Attorneys for Plaintiff*
>
> John C. Millberg
> Millberg Gordon Steward PLLC
> 1101 Haynes Street, Suite 104
> Raleigh, NC 27604
> *Attorney for Defendants CSX Corporation
> and CSX Transportation, Inc.*
>
> J. Matthew Little
> Daniel T. Strong
> Teague Campbell Dennis & Gorham, LLP
> 4700 Falls of Neuse Road, Suite 450
> Raleigh, NC 27601
> *Attorneys for Defendants Nash County and Edgecombe County*

Respectfully submitted by:

BY: /s/ James C. Thornton

JAMES C. THORNTON
N.C. State Bar No. 16859
E-mail: jthornton@cshlaw.com
CRANFILL SUMNER & HARTZOG LLP
Post Office Box 27808
Raleigh, North Carolina 27611-7808
Telephone (919) 828-5100
Facsimile: (919) 828-2277
*Attorneys for Defendant Town of Whitakers*