IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:20-cv-00224-M

ESTATE OF DOROTHY LYONS, by and
through its Administrator, Misheer Davail
Lyons; and
ESTATE OF EUGENE LYONS,
and through its Administrator, Cedric Jamaal
Lyons,

    Plaintiffs,

v.

CSX TRANSPORTATION, INC.,

    Defendant.

ORDER

This matter comes before the court on the Notice of Settlement filed by the Plaintiffs [DE 91]. In light of the settlement of this case, the May 23, 2022 pretrial conference and June 6, 2022 jury trial are VACATED, and the Defendant's Motion for Summary Judgment [DE 80] is DENIED WITHOUT PREJUDICE as moot. The parties shall file dismissal papers with the court on or before February 1, 2022.

SO ORDERED this 6th day of January, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE