IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF DOROTHY LYONS, by and through its Administrator, Misheer Davail Lyons; and ESTATE OF EUGENE LYONS, and through its Administrator, Cedric Jamaal Lyons,<br><br>Plaintiffs,<br><br>vs.<br><br>CSX TRANSPORTATION, INC<br><br>Defendant. | CASE No. 4:20-cv-00224-M |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Estate of Dorothy Lyons and Estate of Eugene Lyons and Defendant CSX Transportation, Inc. (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree that any and all claims between the Parties in the above-referenced action shall be dismissed with prejudice and the lawsuit shall be dismissed. The Parties also agree and stipulate that each party shall pay its own attorney's fees and costs.

Dated this 31st day of January, 2022.

                                          Respectfully submitted:

                                          By: */s/ Nathan L. Karlin*
                                          Nathan L. Karlin, KS #26392
                                          (admitted pro hac vice)
                                          Pottroff & Karlin, LLC
                                          320 Sunset Avenue
                                          Manhattan, KS 66502
                                          Phone: (785)539-4656
                                          Fax: (785)539-1750
                                          Email: Nathan@pottroff.com

                                            And

Robert H. Jessup (N.C. Bar No. 42945)
B. Joan Davis (N.C. Bar No. 17379)
Howard, Stallings, From, Atkins, Angell & Davis PA
Post Office Box 12347
Raleigh, North Carolina 27605
Telephone: (919) 821-7700
*Attorneys for the Plaintiffs*

And

By:    /s/ Andrew B. Spradlin
Andrew B. Spradlin, NC Bar No. 51008
John C. Millberg, NC Bar No. 13229
MILLBERG GORDON STEWART PLLC
1101 Haynes Street, Suite 104
Raleigh, NC 27604
Telephone: (919) 836-0090
Fax: (919) 836-8027
Email: jmillberg@mgsattorneys.com
Email: aspradlin@mgsattorneys.com
*Attorneys for Defendant CSX Transportation, Inc.*